Case 4:24-cv-03705   Document 7   Filed on 10/17/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO M. LACY, <br> TDCJ # 00594575 | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-24-3705 |
| BRYAN COLLIER, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

For the reasons set out in this court's Memorandum on Dismissal entered this date, this civil action is dismissed without prejudice.

SIGNED on October 17, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge